UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHARON K. JERNIGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00018 |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 18), to which no timely objection has been filed. Having considered the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition that the final decision of the Commissioner of Social Security denying Disability Insurance Benefits, Widow Insurance Benefits, and Supplemental Security Income to Plaintiff be affirmed. Accordingly, (1) the Report and Recommendation (Doc. No. 18) is **ADOPTED** and **APPROVED**; (2) Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 15) is **DENIED**; and (3) the final decision of the Commissioner is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE